**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-11456

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Suzan Javier O'Brien<br>    Debtors.<br>_____<br>Chase Home Finance LLC<br>    Movant,<br>  vs.<br>Suzan Javier O'Brien<br>Debtors; Roger W. Brown, Trustee.<br>    Respondents. | No. 2:10-bk-02071-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #35)<br><br>Hearing Date: July 15, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, effective August 14, 2010 as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 27, 2007, and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Suzan Javier O'Brien have an interest in, further described as:

    LOT 26, TATUM HEIGHTS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 348 OF MAPS, PAGE 48.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.